BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-08-177 WBS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS THE |
| ) | INDICTMENT AS TO DEFENDANT MICHAEL |
| v. ) | LEE ANDERSON AND [~~PROPOSED~~] ORDER |
| ) | |
| MICHAEL LEE ANDERSON, ) | |

The United States of America, through its attorneys of record, Assistant U.S. Attorney Jill Thomas, hereby moves for an order dismissing the indictment, specifically the only Count in the pending Indictment, against defendant Michael Lee ANDERSON pursuant to Federal Rule of Criminal Procedure 48(a).

Background

On April 10, 2008, a Sacramento federal Grand Jury returned an indictment against defendant Michael Lee ANDERSON for possession of cocaine base with intent to distribute in violation of 21 U.S.C. § 841(a)(1) in Case No. CR-S-08-177 WBS.

Subsequent to the federal indictment, defendant ANDERSON pled

1  guilty to second degree murder.  On March 5, 2009, ANDERSON received
2  a 25 year state prison sentence.  He is not expected to be released
3  from state custody any time in the next decade.
4       Based on the above information, the undersigned hereby moves to
5  dismiss with prejudice the only Count in the pending Indictment
6  against Michael Lee ANDERSON in Case No. CR-S-08-177 WBS in the
7  interests of justice pursuant to Rule 48(a).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  August 18, 2010      By:/s/ Jill Thomas
                                JILL M. THOMAS
                                Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that the only Count in the Indictment in Case No. CR-S-08-177 WBS as to defendant Michael Lee ANDERSON is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) with prejudice.

DATED: August 18, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE